08-15-00135-CV

ACCEPTED
08-15-00135-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/26/2015 10:10:21 AM
DENISE PACHECO
CLERK

NO: 08-15-00135-CV

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/26/2015 10:10:21 AM

DENISE PACHECO
Clerk

Eighth Court of Appeals
Attn: Clerk
500 E. San Antonio Ave, Room 1203
El Paso Texas 79901

To whom it may concern,

Upon several attempts to retrieve transcripts from March 2nd 2015, from the Court Reporter. No Court reporters records will be filed for case no: DC-14-01943.

If you should have any questions please feel free to contact me at (817) 300-7143, or email at leelea7143@gmail.com

Thank you for your attention in this matter

Ms. Lisa Lee, Pro Se
PO Box 120154
Arlington Texas 76012